# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANE HENDERSON, | Case No.: 2:09-cv-01937-GMN-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| TRITON GRADING & PAVING, LLC, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 8) of United States Magistrate Judge, Robert J. Johnston, entered August 10, 2011. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Johnston's Recommendation should be **AFFIRMED**.

**IT IS THEREFORE ORDERED** that Magistrate Judge Johnston's Recommendation is hereby **AFFIRMED,** and Plaintiff's Complaint is hereby **DISMISSED with prejudice** for failure of the Plaintiff to prosecute this case, and the Clerk of the Court is directed to close this case.

DATED this 29th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge